UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **ELIZABETH DUFFY,** | |
| **Plaintiff,** | CIVIL ACTION |
| **v.** | No. 26-2317-KHV |
| **SHAHABUDDEEN A. ALLY, et al.,** | |
| **Defendants.** | |

## MEMORANDUM AND ORDER DISMISSING COMPLAINT

Elizabeth Duffy filed this action *pro se*.[1]  The named defendants are six individuals. The complaint is one page and consists solely of three allegations: (1) "Defendants failed to show dignity in work," (2) "Plaintiff claims punitive damages" and (3) "[t]he estimate is over $50,000." Complaint (Doc. #1) filed May 28, 2026.

Rule 8 of the Federal Rules of Civil Procedure requires a short and plain statement of the claim and the basis for jurisdiction.  Rule 8 does not require extensive detail, but it "demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009).  The Court may dismiss a complaint *sua sponte* that fails to comply with the requisite pleading standards.  Rodriguez v. Nationwide Homes, Inc., 756 F. App'x 782, 785 (10th Cir. 2018).

Plaintiff's conclusory allegations do not include factual content that allows the Court to draw the reasonable inference that each defendant is liable for the misconduct alleged.  See Iqbal,

---

[1]  The Court construes his filings liberally and holds him to a less stringent standard than trained lawyers.  See Haines v. Kerner, 404 U.S. 519, 520-21 (1972); Hall v. Bellmon, 935 F.2d 1106, 1110 (10th Cir. 1991).  But the Court does not assume the role of advocate for the pro se litigant. Hall, 935 F.2d at 1110.

556 U.S. at 678.  Likewise, plaintiff has not pled facts which would establish that the Court has subject matter jurisdiction.  For these reasons, the Court dismisses this matter without prejudice.

**IT IS THEREFORE ORDERED** that this case is **DISMISSED without prejudice for failure to comply with Rule 8 of the Federal Rules of Civil Procedure**.

Dated this 2nd day of July, 2026 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge